# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  LORIE A. TILICKE                                          Case Number: 04-70225
        412 TENTH STREET                    SSN-xxx-xx-4443
        ROCKFORD, IL  61104

|  |  |
|---|---|
| Case filed on: | 1/16/2004 |
| Plan Confirmed on: | 4/23/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $19,077.61          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | ATTORNEY BRIAN K LARKIN | 2,630.00 | 2,630.00 | 2,630.00 | 0.00 |
|  | Total Legal | 2,630.00 | 2,630.00 | 2,630.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | LORIE A. TILICKE | 0.00 | 0.00 | 1,269.12 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,269.12 | 0.00 |
|  |  |  |  |  |  |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 13,693.24 | 12,903.40 | 12,903.40 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 300.00 | 261.32 | 261.32 | 0.00 |
|  | Total Secured | 13,993.24 | 13,164.72 | 13,164.72 | 0.00 |
|  |  |  |  |  |  |
| 003 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | KIM MACCLOSKEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | JAMES L. DAUGHERTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CHECK IT | 825.00 | 825.00 | 825.00 | 0.00 |
|  | Total Unsecured | 825.00 | 825.00 | 825.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 17,448.24 | 16,619.72 | 17,888.84 | 0.00 |

| | |
|---|---|
| Total Paid Claimant: | $17,888.84 |
| Trustee Allowance: | $1,188.77 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By _/s/Heather M. Fagan_